UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,                    **MEMORANDUM**

     -against-                                      22 Cr. 422 (KMK)

JOHN INCATASCIATO,

                            Defendant.
-------------------------------------------------------------X

TO:  Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the August 3, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: December 6, 2022
       White Plains, New York

                                                        Respectfully Submitted,

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge